## RECONSIDERATION OF PRIOR DECISIONS

2009–1086.   Gildersleeve v. State.

Cuyahoga App. Nos. 91515, 91516, 91517, 91518, 91519, 91521, 91522, 91523, 91524, 91525, 91526, 91527, 91528, 91529, 91530, 91531, and 91532, 2009-Ohio-2031. Reported at 126 Ohio St.3d 322, 2010-Ohio-3753, 933 N.E.2d 801. On motion for reconsideration. Motion denied.

O'DONNELL and CUPP, JJ., dissent.